IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN KLING | : | CIVIL ACTION |
| v. | : | |
| STATE FARM FIRE AND CASUALTY | : | NO. 10-101 |

**ORDER**

AND NOW, this 3rd day of March 2011, upon consideration of the defendant's Motion for Summary Judgment and the response thereto, IT is ORDERED:

That the Motion is DENIED as to Count I and GRANTED as to Count II.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,    Sr. J.